MARGAURITE FRY *vs*. HENRY M. RITCH ET ALS.

Third Judicial District, New Haven, June Term, 1927.
WHEELER, C. J., MALTBIE, HAINES, HINMAN and BANKS, Js.

Argued June 7th—decided June 28th, 1927.

ACTION to recover damages for assault and battery, brought to the Superior Court in Fairfield County and tried to the court, *Dickenson, J.;* judgment for the defendant, and appeal by the plaintiff. *No error.*

*Dominic A. Roina,* for the appellant (plaintiff).

*Carl Foster,* with whom was *James R. Mead,* for the appellees (defendants).

PER CURIAM. This case was tried in connection with the companion case of *Fry v. Taylor, ante,* p. 387. The assault and battery for which plaintiff seeks to recover damages is alleged to have occurred in the course of the dispossession of the plaintiff described in the companion case. The trial court has found the facts adversely to the plaintiff's claims. The finding was not made without evidence, but on conflicting evidence. The corrections sought in the appeal cannot, under our rules, be made. Aside from the claimed corrections, there is no question of law properly raised on the appeal.

There is no error.